UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AMANDA A. JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:22-cv-01046-PLM-RSK ) ) District Judge Paul L. Maloney ) Magistrate Judge Ray Kent |
| SPARROW HEALTH SYSTEM, *et al.*, | ) ) |
| Defendants. | ) ) ) |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Amanda A. Jones ("Plaintiff") and Defendants Sparrow Health System and the Board of Directors of Sparrow Health System ("Defendants"), by their counsel, hereby stipulate to the dismissal with prejudice of Plaintiff's Complaint (ECF No. 1), without costs or attorney's fees to any party.

Respectfully submitted,

s/ Paul M. Secunda (*with consent*)
Paul M. Secunda
WALCHESKE & LUZI, LLC
235 Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Ph: (262) 780-1953
psecunda@walcheskeluzi.com

-and-

s/ Paul A. Wilhelm
Paul A. Wilhelm (P69163)
David W. Centner (P43071)
CLARK HILL PLC
200 Ottawa Ave. NW, Suite 500
Grand Rapids, MI 49503
Ph:  (616) 608-1126
pwilhelm@clarkhill.com
dcentner@clarkhill.com

*Attorneys for Defendants*

Troy W. Haney (P48614)
HANEY LAW OFFICE, P.C.
330 E. Fulton St.
Grand Rapids, MI 49503
Ph:  (616) 235-2300
thaney@troyhaneylaw.com

*Attorneys for Plaintiff*

February 27, 2023

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMANDA A. JONES,

    Plaintiff,

v.

SPARROW HEALTH SYSTEM, *et al.*,

    Defendants.

Case No. 1:22-cv-01046-PLM-RSK

District Judge Paul L. Maloney
Magistrate Judge Ray Kent

## **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

The parties to this action, Plaintiff Amanda A. Jones ("Plaintiff") and Defendants Sparrow Health System and the Board of Directors of Sparrow Health System ("Defendants"), having stipulated to the dismissal with prejudice of Plaintiff's Complaint (ECF No. 1) ("Complaint") without costs or attorney's fees to any party;

IT IS HEREBY ORDERED that Plaintiff's Complaint shall be and hereby is dismissed with prejudice and without costs or attorney's fees to any party.

**IT IS SO ORDERED.**

February _____, 2023

_____
United States District Judge